AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JEROME VINCENT STEVE – 001 | ) | Case No. |
| KENAAN QUINN MARTIN – 002 | ) | |
| KEYSHAWN KRENSHAW WILLIS – 003 | ) | 3:18mj135-LRA |
| MONTE CRAIG ISSAC – 004 | ) | |
| *Defendant(s)* | | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 19 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 2, 2017__ in the county of __Neshoba__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1111 | First Degree Murder |

This criminal complaint is based on these facts:
See attached affidavit of Agent Charles G. Morrow, Jr., incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles G. Morrow, Jr.,  SA/ FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/19/2018__

_____
*Judge's signature*

City and state:  __Jackson, Mississippi__   Linda R. Anderson, United States Magistrate
*Printed name and title*