# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:18mj135-LRA |
| | ) | |
| JEROME VINCENT STEVE, et al. | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | Jackson Federal Courthouse<br>501 E. Court Street<br>Jackson, MS | Courtroom No.: | 6-D |
|---|---|---|---|
| | | Date and Time: | 4/30/2018 1:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 4/24/2018

/s/ Linda R. Anderson
*Judge's signature*

Linda R. Anderson, U.S. Magistrate Judge
*Printed name and title*